UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 24-50459-JAM |
|  | ) |  |
| EBONIQUE NICOLE ALLEN | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## ASSENTED TO MOTION TO EXTEND TIME TO OBJECT
## TO DEBTOR'S DISCHARGE

To the HONORABLE JULIE A. MANNING, Bankruptcy Judge:

Now comes George I. Roumeliotis, the duly appointed, qualified and acting Trustee in the above-captioned proceedings ("Trustee"), and moves this Honorable Court for an Order extending the time for objecting to the Debtor's discharge. In support of this Motion, the Trustee respectfully represents as follows:

1. On June 28, 2024, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code, after which the undersigned was appointed as Chapter 7 Trustee for the above-entitled estate.

2. The Section 341 meeting was originally scheduled for July 24, 2024, but was continued in advance to August 7, 2024 due to a scheduling conflict for Debtor's counsel. The meeting took place on August 7th, at which the Trustee requested additional documents, and continued the meeting to September 11, 2024 for said documents. Some of the requested information was provided prior to the continued meeting, but there are still items outstanding. The deadline for objecting to the Debtor's discharge is presently September 23, 2024.

3. Until the Debtor has provided all of the requested information, and has otherwise fully cooperated with respect to her duties under Section 521, and the Trustee has had an opportunity to fully review said information, the Trustee believes that the deadline for objecting to her

discharge should be extended.  The Trustee has requested that the Debtor assent to an extension through the end of December 2024, which assent has been provided.

4.  Accordingly, the Trustee hereby requests that the deadline for objecting to the Debtor's discharge be extended to Tuesday, December 31, 2024, and that such extended deadline be applicable to the Trustee and the Office of the U.S. Trustee.  As indicated below and as discussed above, the Debtor, through her counsel, assents to this request.

WHEREFORE, the Trustee respectfully requests that the date for objecting to the discharge of the Debtor be extended to December 31, 2024.

GEORGE I. ROUMELIOTIS,
CHAPTER 7 TRUSTEE

Dated:  September 23, 2024

By: /s/ George I. Roumeliotis
George I. Roumeliotis, Esq.
(CT17532)
For Roumeliotis Law Group, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510
Tel. (203) 580-3355
george@roumeliotislaw.com


Assented to by Debtor:

EBONIQUE NICOLE ALLEN

Dated:  September 23, 2024

By: /s/ Jesse C. Clark
Jesse C. Clark, Esq.
Recovery Law Group
83 Wooster Heights Road, Suite 125
Danbury, CT 06810
Tel. (860) 836-7881
jclark@recoverylawgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 24-50459-JAM |
|  | ) |  |
| EBONIQUE NICOLE ALLEN | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

### ORDER EXTENDING DEADLINE FOR OBJECTING TO DEBTOR'S DISCHARGE

Upon the Assented to Motion of George I. Roumeliotis as Chapter 7 Trustee seeking to extend the deadline for objecting to the discharge of the Debtor, it is hereby

ORDERED, that the deadline for the Trustee and the Office of the U.S. Trustee to object to the discharge of the Debtor is hereby extended to December 31, 2024.

1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 7, No. 24-50459-JAM |
| | ) | |
| EBONIQUE NICOLE ALLEN | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, George I. Roumeliotis, Chapter 7 Trustee in the above-referenced case, of 157 Church Street, 19th Floor, New Haven, Connecticut, do hereby certify that on this 23rd day of September, 2024, I served a copy of the Assented to Motion to Extend Time to Object to Debtor's Discharge and proposed Order, by first class mail, postage prepaid, to any of the below-listed parties that did not otherwise receive notice thereof through the Court's ECF system, unless otherwise noted:

Holley Claiborn, Esq.
Office of the U.S. Trustee
150 Court Street, Room 302
New Haven, CT  06510

Jesse C. Clark, Esq.
Recovery Law Group
83 Wooster Heights Road, Suite 125
Danbury, CT  06810
(Debtor's counsel)

Ms. Ebonique Nicole Allen
56 Sunshine Circle
Bridgeport, CT  06606

/s/ George I. Roumeliotis
GEORGE I. ROUMELIOTIS, ESQ.
(CT17532)
For ROUMELIOTIS LAW GROUP, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510
Tel. (203) 580-3355
george@roumeliotislaw.com

1