**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**Bridgeport Division**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 7, NO. 24-50459-JAM** |
| EBONIQUE ALLEN ) | |
| ) | |
| Debtor ) | |
| ) | **JANUARY 16, 2024** |

## MOTION TO DISMISS

Debtor Ebonique Nicole Allen hereby moves this Honorable Court to dismiss the above-captioned Chapter 7 bankruptcy case pursuant to 11 U.S.C. §707(a). In support of this motion, the Debtor states as follows:

1. The Debtor commenced this case by filing a voluntary petition under Chapter 7 of the United States Bankruptcy Code on June 28, 2024.

2. The Debtor recently discovered she must amend certain tax returns. In doing so, it is likely the Debtor will have to resolve certain outstanding tax obligations.

3. In order to address this situation, the Debtor believes it is prudent and appropriate to dismiss this Chapter 7 case rather than seek a discharge.

4. Dismissal will allow the Debtor the opportunity she needs to update and correct certain financial information by amending her taxes and resolving any outstanding obligations.

5. This case has not been converted under any section of the Bankruptcy Code and there is no motion for relief from stay pending.

6. The Debtor confirms that all assets were appropriately listed in the schedules filed with the Court.

7. The Debtor further confirms that she has not become entitled to an inheritance, life insurance proceeds, or any other rights under Section 541(a)(5) of the United States Bankruptcy Code after the filing of her case.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court enter an order dismissing this case without prejudice and granting such other and further relief as the Court deems just and proper.

Dated: January 16, 2025

        EBONIQUE NICOLE ALLEN

        By: /s/ Jesse C. Clark
        Jesse C. Clark, Esq.
        Recovery Law Group, APC
        83 Wooster Heights Rd
        Ste. 125
        Danbury, CT 06810
        jclark@recoverylawgroup.com
        Federal Bar No. CT27448

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**Bridgeport Division**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 7, NO. 24-50459-JAM** |
| **EBONIQUE ALLEN** ) | |
| ) | |
| **Debtor** ) | |
| ) | **JANUARY 16, 2024** |

**PROPOSED ORDER GRANTING MOTION TO DISMISS**

On January 16, 2025, counsel for the debtor Ebonique Nicole Allen, filed a Motion for Voluntary Dismissal (the "Motion"). The foregoing, having been presented to the Court, for the reasons set forth in the Motion, it is hereby:

ORDERED: the Debtor's Motion for Voluntary Dismissal is GRANTED / DENIED.

By the Court: _____ J.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**Bridgeport Division**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 7, NO. 24-50459-JAM** |
| **EBONIQUE ALLEN** ) | |
| ) | |
| **Debtor** ) | |
| ) | **JANUARY 16, 2024** |

**CERTIFICATE OF SERVICE**

I Jesse Clark, do hereby certify that on this 16th day of January 2025, I served a copy of the Motion to Dismiss and proposed Order, by first class mail, postage prepaid, to all creditors and parties in interest including any of the below listed parties that did not otherwise receive notice thereof through the Court's ECF system, unless otherwise noted:

Ebonique Nicole Allen
56 Sunshine Circle
Bridgeport, CT 06606

Holley Claiborn, Esq.
Office of the U.S. Trustee
150 Court Street
Room 302
New Haven, CT 06510

1. **Parties Served Electronically**:
   George Roumeliotis: trustee@roumeliotislaw.com; george@roumeliotislaw.com

/s/ Jesse C. Clark
Jesse C. Clark, Esq.
Recovery Law Group, APC
83 Wooster Heights Rd
Ste. 125
Danbury, CT 06810
jclark@recoverylawgroup.com
Federal Bar No. CT27448

4